JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

MARIA CORRALES,

        Plaintiff,                CASE NO.  EDCV 08-00040-AC (Opx)

v.                                HONORABLE AVERN COHN

MORENO VALLEY UNIFIED SCHOOL
DISTRICT, and Does 1 through 10,
Inclusive,

        Defendants.
_____/

**ORDER GRANTING STIPULATION OF DISMISSAL**

      Good CAUSE APPEARING HEREIN, based in the resolution of this matter in its entirety,

      IT IS HEREBY ORDERED that Case No.: EDCV 08-00040-AC (Opx) be dismissed with prejudice at this time.

      SO ORDERED.

Dated:  September 27, 2010        s/Avern Cohn
                                       AVERN COHN
                                       UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 27, 2010, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                       Case Manager, (313) 234-5160